Núm. 8647.—Pueblo, apldo. *v.* González, aplte.—C. D. Ponce. ▬▬▬▬▬▬▬▬▬▬▬▬ Mayo 6, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, el 2 del actual el abogado del apelante radicó una "Segunda Moción de Reconsideración", debidamente jurada, en la que expone los motivos que le impidieron presentar oportunamente su alegato;

Por cuanto, en dicha moción se asegura que el recurso no es frívolo y que se levantarán las mismas cuestiones que se han suscitado en el alegato presentado en el caso de *El Pueblo* v. *Berenguer,* Criminal núm. 8470, por concurrir en uno y otro recursos idénticas circunstancias;

POR CUANTO, el *affidavit* de méritos pone a este Tribunal en condiciones de ejercitar su discreción en el sentido de dejar sin efecto la resolución dictada, ya que existe la posibilidad de que al verse el caso en su fondo pueda dictarse una sentencia distinta de la que existe en la actualidad;

POR CUANTO, en la referida moción se solicita que en caso de dejarse sin efecto dicha resolución se entienda este caso sometido por el alegato presentado por el apelante en el caso de *El Pueblo* v. *Berenguer,* supra, y se señale también la vista de este recurso para el 5 de junio próximo, viéndose así ambos el mismo día, y solicita además el apelante se le permita, si lo estimare necesario, adicionar el citado alegato con cualquier otra cuestión que pudiera ser pertinente a este recurso;

POR TANTO, vistos los autos de este caso y la citada moción del apelante, se declara ésta con lugar y en su consecuencia se reconsidera y deja sin efecto la resolución de este tribunal de 21 de abril próximo pasado, que desestimó el recurso por abandono, y de acuerdo con lo solicitado por el apelante, se entenderá este caso sometido por el alegato en el citado caso de Berenguer, se señala su vista para el 5 de junio próximo a las dos de la tarde y se concede al apelante hasta el 20 del actual para radicar, si lo estimare conveniente, el alegato adicional antes mencionado.